[Cite as *Garrett v. Ohio Dept. of Rehab. & Corr.*, 2010-Ohio-1769.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

RODERICK GARRETT

     Plaintiff

     v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION

     Defendant

       Case No. 2009-04858

Judge Joseph T. Clark
Magistrate Matthew C. Rambo

<u>JUDGMENT ENTRY</u>

{¶ 1} On February 3, 2010, the magistrate issued a decision recommending that the court issue a determination that Henry Berlin is not entitled to civil immunity pursuant to R.C. 9.86 and 2743.02(F) and that the courts of common pleas have jurisdiction over any civil actions that may be filed against him based upon the allegations in this case.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} Upon review of the record and the magistrate's decision, the court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including the findings of fact and conclusions of law contained therein. The court determines that Henry Berlin is not entitled to civil

immunity pursuant to R.C. 9.86 and 2743.02(F) and that the courts of common pleas have jurisdiction over any civil actions that may be filed against him based upon the allegations in this case.

_____
JOSEPH T. CLARK
Judge

cc:

Eric A. Walker                              Richard F. Swope
Assistant Attorney General                  6480 East Main Street, Suite 102
150 East Gay Street, 18th Floor             Reynoldsburg, Ohio 43068
Columbus, Ohio 43215-3130

MR/cmd
Filed April 5, 2010
To S.C. reporter April 21, 2010